BLACK & WHITE AND TOWN TAXIS, INC., Appellant, v. ADOLF MINEZELES, Otherwise Known as ADOLPH MINOZOLES, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

STEVENS-AYLSWORTH COMPANY, INC., Respondent, v. C. HILTEBRANT DRY DOCK COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.; Page and Shearn, JJ., dissented.

STEVENS-AYLSWORTH COMPANY, INC., Respondent, v. C. HILTEBRANT DRY DOCK COMPANY, INC., Appellant.— Order modified as directed in order and, as modified, affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

NICHOLAS D. PAPAZAGLOU, Appellant, v. EDWIN L. MEYERS and Others, Copartners, etc., Respondents.— Order reversed and motion denied, without costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

CONSOLIDATED CHANDELIER COMPANY, Appellant, v. WOLFINGER & LASBERG BUILDING CO., INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

CONSOLIDATED CHANDELIER COMPANY, Appellant, v. WOLFINGER & LASBERG BUILDING CO., INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

ARAM MOURAD SHAH-MIR, Respondent, v. JOSEPH WITTMANN, Appellant. Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

CHARLES A. ROBINSON, Individually and as Trustee, etc., and Another, Respondents, v. ANNIE B. HYATT and Others, Impleaded with COLUMBIA TRUST COMPANY, as Trustee, etc., Respondent. BENNO LEWINSON, as Trustee in Bankruptcy of GEORGE HYATT ROBINSON, Appellant.— Order modified as directed in order and as so modified affirmed, with ten dollars costs and disbursements to respondents. No opinion. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

E. MOCH COMPANY, Respondent, v. THE SECURITY BANK OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

BESSIE SYKES v. BERNARD SYKES.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.

CHARLES W. TURNER v. HYDROCARBON PRODUCTS COMPANY and Others. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Page and Shearn, JJ.